**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
Case No. 2:20-cv-00498-SPC-NPM**

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

STS REALTY GROUP, LLC, doing business as
STS REAL ESTATE SOLUTIONS,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Delroy A. Chambers, Jr., hereby gives notice to the Court that he and Defendant have settled this matter. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

    Respectfully submitted,

    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com
    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com
    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin, FL 34698
    (202) 709-5744
    (866) 893-0416 (Fax)

    Attorneys for the Plaintiff

    By: *s/ Shawn A. Heller*
          Shawn A. Heller, Esq.

- 2 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 4th day of August, 2020, which will send a notice of electronic filing to all attorneys of record.  A copy of the foregoing was emailed to Defendant's counsel at: DAnderson@floridalawpartners.com.

    By:  *s/ Shawn A. Heller*
          Shawn A. Heller, Esq.